No. 3573.—Pueblo, apldo., *v.* Pérez, aplte.—C. D. Mayagüez. Acometimiento y agresión. Mayo 28, 1928.

No. 3572.—Pueblo, apldo., *v.* Negrón, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3571.—Pueblo, apldo., *v.* Negrón, aplte.—C. D. Mayagüez. Mutilación. Mayo 28, 1928.

No. 3570.—Pueblo, apldo., *v.* Pacheco, aplte.—C. D. Mayagüez. Alterar la paz. Mayo 28, 1928.

No. 3569.—Pueblo, apldo., *v.* González, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3568.—Pueblo, apldo., *v.* Mas, aplte.—C. D. Mayagüez. Ataque para cometer homicidio. Mayo 28, 1928.

No. 3567.—Pueblo, apldo., *v.* Soto, aplte.—C. D. Mayagüez. Violación. Mayo 28, 1928.

No. 3566.—Pueblo, apldo., *v.* Pérez Feliciano, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3565.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Mayagüez. Infracción al artículo 288 C. Penal. Mayo 28, 1928.

No. 3564.—Pueblo, apldo., *v.* Cabrera, aplte.—C. D. Mayagüez. Delito contra la salud pública. Mayo 28, 1928.

No. 3563.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3562.—Pueblo, apldo., *v.* Olivieri, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3561.—Pueblo, apldo., *v.* Aponte, aplte.—C. D. Mayagüez. Bigamia. Mayo 28, 1928.

No. 3560.—Pueblo, apldo., v. Tirado, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3559.—Pueblo, apldo., *v.* Ramírez, aplte.—C. D. Mayagüez. Delito contra la salud pública. Mayo 28, 1928.

No. 3558.—Pueblo, apldo., *v.* Hernández, aplte.—C. D. Mayagüez. Portar armas. Mayo 28, 1928.

No. 3567.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Mayagüez. Delito contra la salud pública. Mayo 28, 1928.

No. 3556.—Pueblo, apldo., *v.* Leclerc, aplte.—C. D. Mayagüez. Infracción Ley de Automóviles. Mayo 28, 1928.